MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV (CA Bar No. 202137)
Ahren C. Hoffman (CA Bar No. 250469)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: agray@morganlewis.com
E-mail: ahoffman@morganlewis.com

Attorneys for Plaintiff
CORSAIR MEMORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORSAIR MEMORY, INC.,

    Plaintiff,

v.

CORSAIR7.COM,

    Defendant.

C08-03460 HRL

COMPLAINT

Plaintiff CORSAIR MEMORY, INC. ("Corsair"), by its attorneys, Morgan, Lewis & Bockius LLP, for its Complaint in this action alleges:

**PARTIES**

1. Corsair is a Delaware corporation with its corporate headquarters at 46221 Landing Parkway, Fremont, California 94538.

2. The records of the domain name registrar for the CORSAIR7.COM domain name identify the Registrant of the domain name as Dongju Son, Singga Commercial Centre, Rm. 1203-04, 148 Connaught Rd. West, Hong Kong, KR 8100041 with an email address at sondongju@gmail.com. The WHOIS Data for the CORSAIR7.COM domain name is attached hereto as Exhibit A.

**DOMAIN NAME REGISTRAR AND REGISTRY**

3. The domain name registrar for the CORSAIR7.COM domain name is GMO

Internet, Inc., doing business as ONAMAE.COM and DISCOUNT-DOMAIN.COM, having its principal place of business at Cerulean Tower, 26-1, Sakuragaoka-cho, Shibuya-ku, Tokyo, Japan.

4. The domain name registry for the CORSAIR7.COM domain name is VeriSign, Inc., a Delaware corporation having its corporate headquarters at 487 East Middlefield Road, Mountain View, California 94043.

## JURISDICTION AND VENUE

5. This Court has *in rem* jurisdiction over the CORSAIR7.COM domain name pursuant to 15 U.S.C. § 1125(d)(2) because it constitutes personal property located within the territorial jurisdiction of the United States and this judicial district.

6. Pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II), Corsair was not able to locate Dongju Son or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1). Corsair's due diligence in attempting to locate Dongju Son is described in Paragraphs 14 and 15 of this Complaint. Accordingly, Corsair is entitled by statute to bring this *in rem* action.

7. Venue is proper in this judicial district pursuant to 15 U.S.C. § 1125(d)(2) because Verisign, Inc., the registry of the CORSAIR7.COM domain name, is located in this judicial district.

## FACTS RELEVANT TO ALL CLAIMS

8. Corsair is a leading provider of high-performance computer components, including memory modules, liquid cooling units and blocks, and power supplies, to computer manufacturers in the United States and throughout the world.

9. Corsair has been a leader in the design and manufacture of high-performance computer components since 1994. In this regard, since at least as early as 1994, Corsair has used its distinctive CORSAIR trademark in connection with high performance computer components, including memory modules and liquid cooling units. A copy of Corsair's relevant U.S. trademark registration is attached hereto as Exhibit B.

10. By virtue of Corsair's continuous and exclusive use, advertising, and promotion,

the CORSAIR trademark has come to symbolize extensive goodwill owned by Corsair. The CORSAIR trademark and the goodwill associated therewith represent an extremely valuable asset to Corsair. As a result of Corsair's efforts and investment, the CORSAIR trademark has attained substantial selling power and is well recognized among customers in the high performance memory industry as identifying Corsair and its products.

11. In addition, Corsair owns the CORSAIR.COM domain name, which it uses to market its high-performance computer components.

12. On or about September 10, 2007, Dongju Son registered the CORSAIR7.COM domain name, and began using it to promote and sell pornographic videos and other adult products. A copy of the WHOIS data for the CORSAIR7.COM domain name is attached hereto as Exhibit A. A copy of the website at CORSAIR7.COM is attached hereto as Exhibit C.

13. On December 13, 2007, promptly upon discovering Dongju Son's improper registration of the CORSAIR7.COM domain name, Corsair sent a cease and desist letter to Dongju Son at the mailing address and email address listed in the WHOIS data for the CORSAIR7.COM domain name. A copy of Corsair's December 13, 2007 cease and desist letter is attached as Exhibit D.

14. On information and belief, Dongju Son received Corsair's December 13, 2007 cease and desist letter because we e-mailed an electronic copy to sondongju@gmail.com and did not receive a bounce back e-mail stating that our e-mail was undeliverable. With regard to the copy sent by mail, the postal service returned the December 13, 2007 letter as undeliverable. A copy of the returned envelope is attached as Exhibit E.

15. Notwithstanding Dongju Son's knowledge of Corsair's prior rights in the CORSAIR trademark (which is imputed to Dongju Son by virtue of registration on the United States Patent and Trademark Office's Principal Register), Dongju Son is promoting and selling pornographic and adult products that are inapposite to Corsair's business and its CORSAIR trademark in California, throughout the United States, and in this judicial district, with the deliberate and calculated intent to trade on the substantial goodwill and reputation symbolized by Corsair's CORSAIR trademark to confuse and mislead the public.

16. Dongju Son's unlawful registration and use of the CORSAIR7.COM domain name is likely to cause confusion, to cause mistake, and to deceive as to the origin, source, or sponsorship of the CORSAIR7.COM domain name among the public and Corsair's customers, as well as dilution of the distinctiveness and value of Corsair's famous CORSAIR trademark.

17. On information and belief, Dongju Son illegitimately registered and is using the CORSAIR7.COM domain name in bad faith, with full knowledge of Corsair's prior use of the CORSAIR trademark and with a bad faith intent to profit from the substantial goodwill associated with Corsair's CORSAIR trademark. Such bad faith is evident from, *inter alia*, Dongju Son's lack of rights in the CORSAIR trademark and CORSAIR7.COM domain name; the fact that CORSAIR7.COM domain name does not consist of Dongju Son's legal name or a name used to identify Dongju Son; Dongju Son's lack of prior use of the CORSAIR7.COM domain name in connection with a bona fide offering of goods or services; Dongju Son's lack of a bona fide or noncommercial use of the CORSAIR trademark; Dongju Son's intent to create a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the CORSAIR7.COM domain name; and the fact that Corsair's CORSAIR trademark is distinct and famous within the meaning of 15 U.S.C. § 1125(c)(1).

## COUNT I

### *IN REM* CYBERSQUATTING UNDER § 1125(d)(2) OF THE LANHAM ACT

18. Paragraphs 1-17, above, are realleged and incorporated by reference as if set forth in full.

19. Dongju Son's aforesaid acts constitute a bad faith intent to profit from Corsair's CORSAIR trademark, and Dongju Son's registration and use of a domain name that is confusingly similar to and dilutive of Corsair's distinctive and famous CORSAIR trademark violate Corsair's rights under the Anticybersquatting Consumer Protection Act of 1999, as amended, 15 U.S.C. § 1125(d).

20. Dongju Son's aforesaid acts constitute trademark infringement because they are

1  likely to cause confusion, to cause mistake, and to deceive as to the origin, source, or sponsorship
2  of the CORSAIR7.COM domain name among the public and Corsair's customers.
3      21.    Dongju Son's aforesaid acts constitute trademark dilution because they dilute and
4  lessen the distinctiveness and value of Corsair's famous CORSAIR trademark.
5      22.    Dongju Son's aforesaid acts have caused and will continue to cause great and
6  irreparable injury to Corsair and, unless such acts are restrained by this Court, they will be
7  continued and Corsair will continue to suffer great and irreparable injury.
8      23.    Corsair has no adequate remedy at law.

10  WHEREFORE, Corsair prays that the Court:
11      (i)    direct Verisign, Inc. to change the registrar of record for the CORSAIR7.COM
12  domain name to a registrar selected by Corsair;
13      (ii)   direct GMO Internet, Inc. to transfer and register the CORSAIR7.COM domain
14  name to Corsair Memory, Inc.; and
15      (iii)  award such other and further relief that this Court may deem just and equitable.

17  Dated: July 17, 2008                              MORGAN, LEWIS & BOCKIUS LLP

19                                                   By _____
20                                                      Andrew J. Gray IV
                                                        Ahren C. Hoffman
                                                        Attorneys for Plaintiff
21                                                      CORSAIR MEMORY, INC.



```
GMO Internet, Inc. whois server 2.0

This server only serves information on GMO
Internet,Inc.-maintained domain names
For more information, please contact hostmaster@gmo.jp.

Domain Handle:
Domain Name: corsair7.com
Created On: 2007-09-10 16:49:43.0
Last Updated On: 2007-09-26 11:20:49.0
Expiration Date: 2008-09-10 07:49:42.0
Status: ACTIVE
Registrant Name: dongju son
Registrant Organization: dongju son
Registrant Street1: West, 148 Connaught Rd.
Registrant Street2: Singga Commercial CentreRm. 1203-04
Registrant City: Hong Kong
Registrant State: xxx
Registrant Postal Code: 8100041
Registrant Country: KR
Registrant Phone: 82-00-000-0000
Registrant Fax:
Registrant Email: sondongju@gmail.com
Admin Name: dongju son
Admin Organization: dongju son
Admin Street1: West, 148 Connaught Rd.
Admin Street2: Singga Commercial CentreRm. 1203-04
Admin City: Hong Kong
Admin State: xxx
Admin Postal Code: 8100041
Admin Country: KR
Admin Phone: 82-00-000-0000
Admin Fax:
Admin Email: sondongju@gmail.com
Billing Name: dongju son
Billing Organization: dongju son
Billing Street1: West, 148 Connaught Rd.
Billing Street2: Singga Commercial CentreRm. 1203-04
Billing City: Hong Kong
Billing State: xxx
Billing Postal Code: 8100041
Billing Country: KR
Billing Phone: 82-00-000-0000
Billing Fax:
Billing Email: sondongju@gmail.com
Tech Name: dongju son
Tech Organization: dongju son
Tech Street1: West, 148 Connaught Rd.
Tech Street2: Singga Commercial CentreRm. 1203-04
Tech City: Hong Kong
Tech State: xxx
Tech Postal Code: 8100041
Tech Country: KR
```

**Available TLDs**
- CORSAIR7.NET $9.99/yr
- CORSAIR7.ORG $9.99/yr
- CORSAIR7.INFO $1.99/yr SAVE!
- CORSAIR7.BIZ $14.99/yr
- CORSAIR7.US $12.99/yr
- CORSAIR7.NAME $14.99/yr

**You might also consider:**
- CORSAIR7SITE.COM $9.99/yr
- SITECORSAIR7.COM $9.99/yr
- CORSAIR7ONLINE.NET $9.99/yr
- ONLINECORSAIR7.NET $9.99/yr
- CORSAIR7STORE.ORG $9.99/yr
- STORECORSAIR7.ORG $9.99/yr
- CORSAIR7NOW.INFO $1.99/yr SAVE!
- NOWCORSAIR7.INFO $1.99/yr SAVE!
- CORSAIR7BLOG.BIZ $14.99/yr
- BLOGCORSAIR7.BIZ $14.99/yr
- CORSAIR7SHOP.US $12.99/yr
- SHOPCORSAIR7.US $12.99/yr
- CORSAIR7TODAY.NAME $14.99/yr

**REGISTER NOW!**

Tech Phone: 82-00-000-0000
Tech Fax:
Tech Email: sondongju@gmail.com
Name Server: dns5.joesdns.net
Name Server: dns6.joesdns.net

Registry Status: ok

See Underlying Registry Data

» 24/7 Sales and Support: (480) 505-8877  »  Billing Questions? Call (4{

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor |
Resellers | Link to Us | ICANN Dor
GoDaddy.tv | GoDaddyLive.com | BobParsons.tv | GoD
DomainNameAftermarket.com | GoDa

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers



Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,209,882

**United States Patent and Trademark Office**  Registered Feb. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## CORSAIR

CORSAIR MEMORY, INC. (CALIFORNIA CORPORATION)
44141 S. GRIMMER BLVD.
FREMONT, CA 94538

FOR: HIGH PERFORMANCE COMPUTER COMPONENTS, NAMELY MEMORY MODULES; LIQUID COOLING SYSTEMS FOR COMPUTERS, COMPRISED OF, WATER COOLED HEAT SINKS, PUMPS, RADIATORS, RESERVIOR FANS AND COOLING BLOCKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

SER. NO. 76-535,591, FILED 7-25-2003.

SCOTT BALDWIN, EXAMINING ATTORNEY

無修正裏・アダルトDVD通販

# CORSAIR 7

ENTER

優良HP検索
-[AWALKER]-
★imodeBEST100★
超暇つぶしにGo！
AMax☆Adult
★Mobile-Station★
人気サイトが集結!!
アダルト★パラダイス
アダルト検索
♪mania x
【エロギャル♀無料動画】
裸の制服娘
放送事故HHH動画
残酷★エロ動画
【無料動画ぱいぱん】
★AdultNews★
≪⑱歳以上入口≫
SUPER☆SEARCH
アダルト検索SPICY
iYappoランキング 参加中
是非投票してね！
アダルト Googlu
新SeeK
もばいる放浪記
携帯サイトの歩き方
≡最新サイト検索≡
☆TUNAGARI☆

無修正裏DVD CORSAIR 7

アダルトシーカー
アダルトスーパーサーチアイ
携帯検索情報局
ORANGE NAVI
SMへの扉
アダルト検索SPICY
ビンビン萌えサーチ
裏モノJAPAN
♪mania x
◆Night Work's RANKING◆
SEXY RANK
アダルトれすとらん
女子校★過激裏画像
携-MENU
HでPOPなランキング
SexySearch
【無料動画ぱいぱん】
残酷★エロ動画
放送事故HHH動画
裸の制服娘
【エロギャル♀無料動画】
AMax☆Adult
アダルト検索アダルトエンジェル
SiteRank

[　　　] [検索]

キーワード検索
[　　　] [検索]
◉ AND  ○ OR

---

CopyRight(C) 2007 CORSAIR 7.com All Rights Reserved

---

http://www.corsair7.com/ (2 of 2)6/25/2008 11:45:42 AM

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel. 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Andrew J. Gray IV**
Partner

December 13, 2007

**VIA AIRMAIL AND E-MAIL sondongju@gmail.com**

Dongju Son
Singga Commercial Centre, Rm. 1203-04
148 Connaught Rd. West
Hong Kong
R.O.C.

Re:     Infringing Registration and Use of CORSAIR7.COM

Gentlemen:

We represent Corsair Memory, Inc. ("Corsair") in its trademark and unfair competition matters. As you may know, Corsair provides high performance computer and flash memory products in the United States and throughout the world.

In this regard, Corsair owns numerous U.S. and international trademark registrations and application for marks consisting of or including CORSAIR in connection with high performance computer and flash memory, including U.S. trademark Registration No. 3,209,882 for CORSAIR. As a result of widespread use and significant annual sales, as well as through extensive advertising and publicity, the CORSAIR name and mark has become well-known among the high performance memory industry as identifying Corsair and its products and represents substantial good will.

It has come to our attention that Dongju Son has registered the CORSAIR7.COM domain name and is using Corsair's distinctive CORSAIR name and mark to promote and sell pornographic videos and other adult products. Dongju Son's unauthorized use of the CORSAIR designation is likely to cause confusion, mistake and deception among consumers so that consumers will believe that the CORSAIR7.COM website is Corsair's website or is sponsored, licensed or authorized by Corsair. In addition, Dongju Son's use of CORSAIR7.COM to promote and sell pornographic videos and other adult products tarnishes and disparages Corsair's CORSAIR trademark and the goodwill associated with it.

Dongju Son
December 13, 2007
Page 2



Morgan Lewis
COUNSELORS AT LAW

Such unauthorized use of Corsair's CORSAIR name and mark constitutes, among other things, federal trademark infringement under 15 U.S.C. § 1114, federal unfair competition under 15 U.S.C. § 1125, federal trademark dilution under 15 U.S.C. § 1125, federal cybersquatting under 15 U.S.C. § 1125, and related legal violations under the laws of various states, including California. Please note that Dongju Son's infringing use of Corsair's CORSAIR mark, particularly with notice, could subject you to a finding of willful infringement and liability to Corsair for treble damages, as well as costs and attorneys' fees for bringing a lawsuit to rectify the situation.

Corsair must protect the substantial investment it has made in its CORSAIR mark against such unauthorized use. Accordingly, we demand that by Friday, **December 28, 2007**, Dongju Son: (1) cease all use of the CORSAIR mark; (2) refrain from adopting and using the CORSAIR mark or any similar marks in the future; (3) transfer the CORSAIR7.COM domain name to Corsair; and (4) refrain from registering any domain name consisting of or including any of Corsair's trademarks, a list of which is enclosed. Dongju Son's agreement may be provided by signing and returning to us the enclosed copy of this letter.

We trust this matter can be resolved amicably. In the absence of a favorable response, however, we will recommend that Corsair take appropriate action to protect its rights in the CORSAIR mark and to collect all damages, profits, costs, and attorneys' fees allowed by law.

Sincerely,

Andrew J. Gray IV

**DONGJU SON**

Name: _____

Title: _____

Date: _____

1-PA/3678716.1

## Corsair Memory, Inc.

| Trademark Name | App Number | Reg Number |
|---|---|---|
| CORSAIR | 76535591 | 3209882 |
| FLASH PADLOCK | 77109937 | |
| FLASH VOYAGER | 76639271 | 3089301 |
| FLASH VOYAGER PRODUCT DESIGN | 78653454 | 3257248 |
| MISCELLANEOUS DESIGN (SAILS LOGO) | 77025329 | 3278784 |
| TWINX | 76535589 | 2941168 |
| VALUESELECT | 78781839 | 3171392 |



JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
CORSAIR MEMORY, INC.,

## DEFENDANTS
CORSAIR7.COM

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square, 3000 El Camino Real Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000

Attorneys (If Known)

C08 03460 E-filing ADR HRL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- 362 Personal Injury— Med. Malpractice
- 365 Personal Injury — Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus – Alien Detainee
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- [X] 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1125(d)(2)

Brief description of cause:
IN REM CYBERSQUATTING UNDER § 1125(d)(2) OF THE LANHAM ACT

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE: 07/17/08

SIGNATURE OF ATTORNEY OF RECORD