1  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Gray IV (CA Bar No. 202137)
2  Ahren C. Hoffman (CA Bar No. 250469)
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5  E-mail:  agray@morganlewis.com
   E-mail:  ahoffman@morganlewis.com
6
   Attorneys for Plaintiff
7  CORSAIR MEMORY, INC.

8               UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  CORSAIR MEMORY, INC.,              Case No.  C08 03460 HRL

13              Plaintiff,
                                        **PLAINTIFF'S CERTIFICATION OF
14       v.                             INTERESTED ENTITIES OR PERSONS
                                        PURSUANT TO CIV. L.R. 3-16**
15  CORSAIR7.COM,

16              Defendant.

*FILED JUL 17 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

*ORIGINAL E-filing  ADR*

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Plaintiff CORSAIR MEMORY, INC., hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 17, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By _____
Andrew J. Gray IV
Ahren C. Hoffman
Attorneys for Plaintiff
CORSAIR MEMORY, INC.