MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV (CA Bar No. 202137)
Ahren C. Hoffman (CA Bar No. 250469)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: agray@morganlewis.com
E-mail: ahoffman@morganlewis.com

Attorneys for Plaintiff
CORSAIR MEMORY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORSAIR MEMORY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORSAIR7.COM, <br><br> Defendant. | No. C08 03460 HRL <br><br> **PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

DB2/20768362.1

PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned states that Plaintiff CORSAIR MEMORY, INC., does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: July 17, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By _____
Andrew J. Gray IV
Ahren C. Hoffman
Attorneys for Plaintiff
CORSAIR MEMORY, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20768362.1

1

PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED.R.CIV.P. 7.1