MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV (CA Bar No. 202137)
Ahren C. Hoffman (CA Bar No. 250469)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
Tel:  650.843.4000
Fax:  650.843.4001
E-mail:  agray@morganlewis.com
E-mail:  ahoffman@morganlewis.com

Attorneys for Plaintiff
CORSAIR MEMORY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORSAIR MEMORY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORSAIR7.COM,<br><br>　　　　　Defendant. | Case No. 08-CV-03460 HRL<br><br>**NOTICE OF FILING PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT CORSAIR7.COM** |

　　　　Attached hereto is the affidavit providing proof of service of process of the Complaint and other filings upon Defendant CORSAIR7.COM in this action.

Dated: July 25, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP


　　　　　　　　　　　　　　　　　　　　　　　By  /s/ Andrew J. Gray IV
　　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Gray IV
　　　　　　　　　　　　　　　　　　　　　　　　　Ahren C. Hoffman
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　CORSAIR MEMORY, INC.

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV (CA Bar No. 202137)
Ahren C. Hoffman (CA Bar No. 250469)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: agray@morganlewis.com
E-mail: ahoffman@morganlewis.com

Attorneys for Plaintiff
CORSAIR MEMORY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORSAIR MEMORY, INC., | Case No. 08 cv 03460 HRL |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| CORSAIR7.COM, | |
| Defendant. | |

# PROOF OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306. On July 21, 2008, I caused copies of the attached document(s) described as follows:

**CIVIL COVER SHEET; COMPLAINT; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16; PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; ORDER SETTING INITIAL CASES MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR PACKET**

to be served on:

Dongju Son
Singga Commercial Centre, Rm. 1203-04
148 Connaught Rd. West
Hong Kong, KR 8100041
sondongju@gmail.com

☒ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on July 21, 2008.

_____
Colette C. Aragón